IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH WISE, et al., | No. CIV S-09-3129-JAM-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| WAL-MART STORES, INC., et al., | |
| Defendants. | |
| _____ / | |

      Plaintiffs, who are proceeding pro se, bring this civil action. Plaintiffs have filed a notice of voluntary dismissal. Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiffs' notice. See Fed. R. Civ. P. 41(a)(1)(A)(I). The Clerk of the Court is directed to close this file.

      IT IS SO ORDERED.

DATED: January 27, 2010

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE